■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES CRICHTON, Appellant. [686 NYS2d 311] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Mullen, J.), rendered March 8, 1996, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We find no merit to the defendant's contention that his Fifth Amendment right against self-incrimination was violated by

the testimony at trial of a police officer to the effect that the defendant refused to give a videotaped statement after giving both oral and written statements admitting to the crime (*see, People v Hendricks,* 222 AD2d 74).

The trial court's *Sandoval* ruling was not an improvident exercise of discretion (*see, People v Mattiace,* 77 NY2d 269, 275-276; *People v Pavao,* 59 NY2d 282, 292). Bracken, J. P., O'Brien, Joy and Florio, JJ., concur.